IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Yiwu Yanyuan Trading Co., Ltd., <br><br> Plaintiff, <br><br> v. <br><br> THE DEFENDANT IDENTIFIED ON SCHEDULE "A", <br><br> Defendant. | Case No. 25-cv-9926 <br><br> **FILED UNDER SEAL PURSUANT LOCAL RULE 26.2** |

### DECLARATION OF YUNHUI WU

I, Yunhui Wu, declare and state as follows:

1. This declaration is based upon my personal knowledge of the facts stated herein or on the business records that were made at the time or in the regular course of business. If called as a witness, I could and would testify to the statements made herein.

2. I am manager of Yiwu Yanyuan Trading Co., Ltd., Plaintiff of the case, and have ample knowledge regarding its daily operations.

3. Our company is registered in China and a primary business is ▉▉▉▉▉▉▉▉.

4. In 2021, we registered the trademark ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ to use it in promoting products.

5. Recently, we have found some retailers online using the mark "▉▉▉▉▉▉▉" on their webpages, either in name of the goods or descriptions. We have never authorized any of them to use the mark.

6. We don't know when they started to use our mark, and don't know how much sales we have lost during the time. The harm to our brand is irreparable and uncountable.

7. 

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed August 18, 2025.

/s/ Yunhui Wu