IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Yiwu Yanyuan Trading Co., Ltd., <br><br> Plaintiff, <br><br> v. <br><br> THE DEFENDANT IDENTIFIED ON SCHEDULE "A", <br><br> Defendant. | Case No. 25-cv-9926 <br><br> **Honorable Judge: Andrea R. Wood** |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL**

Pursuant to Local Civil Rule 5 and 26.2, Plaintiff, by counsel, hereby moves for leave to file a redacted version of the following documents and/or temporarily file the following documents under seal: (1) the *Ex Parte* Motion for Entry of a Temporary Restraining Order, (2) the memorandum supporting the motion, and (3) relevant exhibits.

Plaintiff refers to the simultaneously filed memorandum in support of motion to seal to support this motion.

Dated August 27, 2025.

Respectfully submitted
By: /s/ *Huicheng Zhou*
Bar No. 350005
Phone: 909-284-1929
2108 N ST STE #8330
Sacramento, CA 95816
Huicheng.zhou@aliothlaw.com
*Attorney for Plaintiff*

1