IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Yiwu Yanyuan Trading Co., Ltd., <br><br> Plaintiff, <br><br> v. <br><br> THE DEFENDANT IDENTIFIED ON SCHEDULE "A", <br><br> Defendants. | Case No. 25-cv-9926 <br><br> FILED UNDER SEAL PURSUANT LOCAL RULE 26.2 <br><br> **Judge: Honorable Andrea R. Wood** |

### *EX PARTE* MOTION FOR ENTRY OF TEMPORARY RESTRAINING ORDER

Yiwu Yanyuan Trading Co., Ltd. ("Plaintiff"), through its counsel and pursuant to Fed. R. Civ. P. 65, hereby moves this Court for a Temporary Restraining Order. Plaintiff is requesting temporary *ex parte* relief based on an action for trademark infringement against the Defendants identified in Schedule A (collectively, "Defendants"). Plaintiff filed this action to combat Defendants' infringement of its trademark, as well as to protect unknowing consumers from purchasing counterfeiting products over the Internet. Defendants' ongoing unlawful activities should be restrained, and Plaintiff respectfully requests that this Court issue an *ex parte* Temporary Restraint Order as set forth herein. A memorandum supporting this motion is attached.

Dated August 27, 2025.

Respectfully submitted <br>
By: /s/ *Huicheng Zhou* <br>
Bar No. 350005 <br>
Phone: 909-284-1929 <br>
2108 N ST STE #8330 <br>
Sacramento, CA 95816 <br>
Huicheng.zhou@aliothlaw.com <br>
*Attorney for Plaintiff*

1