IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VANCUU SUPER INC., <br><br> Plaintiff, <br><br> v. <br><br> THE DEFENDANT IDENTIFIED ON SCHEDULE "A", <br><br> Defendant. | Case No. 25-cv-9926 <br><br> Judge: Honorable Andrea R. Wood |

**MOTION FOR EXTENSION OF TEMPORARY RESTRAINING ORDER**

Plaintiff VANCUU SUPER INC. ("Plaintiff"), through its counsel and pursuant to Fed. R. Civ. P. 65, hereby moves this Court to extend the Temporary Restraining Order, issued on October 17, 2025, for an additional fourteen days beyond its original expiration on October 31, 2025, for good cause shown in the Memorandum in Support of the Motion for Extension of Temporary Restraining Order.

Dated October 29, 2025.

Respectfully submitted
By: /s/ *Huicheng Zhou*
Bar No. 350005
Phone: 909-284-1929
2108 N ST STE #8330
Sacramento, CA 95816
Huicheng.zhou@aliothlaw.com
*Attorney for Plaintiff*

1