BC

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**FILED**
**11/10/2025**
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

JKS

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

)
)
)     **Case Number**:
Plaintiff )
)     **Judge**:
v. )
)     **Magistrate Judge**:
)
)
Defendant

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]