**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| VANCUU SUPER INC., <br><br> Plaintiff, <br><br> v. <br><br> THE DEFENDANT IDENTIFIED ON SCHEDULE "A", <br><br> Defendant. | Case No. 25-cv-9926 |

**NOTICE OF DISMISSAL UNDER RULE 41(a)(1)**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff hereby voluntarily dismisses this action as to the following Defendants:

| Number | Defendant Name |
|---|---|
| 6 | gonghangchengdeshishangmaohang |
| 9 | jiashengduji |
| 11 | JM Design |
| 50 | 1selleverything |
| 51 | abundantsoulcrystals |
| 54 | aprilbird222 |
| 55 | aya811 |
| 57 | bella-gems |
| 59 | CRCBEADS |
| 61 | dawgy33 |
| 64 | GiftsMore |
| 71 | janezhen |
| 76 | musedesignerstudio |
| 77 | Nado's Little Crystal Shop |
| 79 | ortansia95 |
| 81 | phatboy_xvii |
| 87 | smsherla33 |
| 88 | sonlarid393 |

| | |
|---|---|
| 89 | Stonelover |
| 92 | theianaturaljewelry |
| 94 | valorah45 |
| 95 | vandoria_village |
| 101 | healingmooncrystal |
| 116 | AbundantSoulCrystals |
| 119 | AngelsMeStudio |
| 121 | ArcaneArmoryRelics |
| 125 | BeadedBabePGH |
| 128 | BellaBeadsandGems |
| 130 | BellaTerraCollection |
| 131 | BohoBeadedArtisan |
| 133 | CharnaeCrystals |
| 133 | CharnaeCrystals |
| 135 | CosmicCrystillary |
| 137 | CrcbeadsShop |
| 140 | CrystalsandSilverCo |
| 141 | CrystalsGemsMinerals |
| 142 | CWTC333 |
| 143 | ElevenmanByBI |
| 144 | ellaestheticshop |
| 145 | EnchantedQuest |
| 146 | FirenzeByDajay |
| 150 | KanelasStore |
| 152 | KarmaJewellers |
| 153 | KikuCrystals |
| 154 | kyshopcrystal |
| 155 | LadyFlossyTCreations |
| 157 | LavenderLuminosity |
| 161 | LittleAgate |
| 163 | lunacrystalcandleco |
| 164 | LunaKaiCrystals |
| 165 | MandyZDesigns |
| 167 | meteorlegends |
| 168 | Michellejadeandgem |

| | |
|---|---|
| 169 | MOMOKByMo |
| 170 | MyCrystalRoomNY |
| 172 | MyrtleNaturalHall |
| 173 | NayaCrystalCrafts |
| 177 | oatandclover |
| 178 | PanditaStudio |
| 180 | PJhealingcrystals |
| 182 | Rocknrollcrystalco |
| 184 | SerotoninCrystals |
| 188 | StonelryBrand |
| 190 | Ulloacreations |
| 191 | UpHighJewelry |
| 193 | vcrystalgems |
| 197 | YinJade |
| 200 | CelestialTroveCo |
| 201 | CrystalDestinyMeet |
| 202 | CrystalsRxBoutique |
| 204 | gemnicrystals |
| 205 | MithiGems |
| 206 | NaturesArtUSADesigns |
| 207 | ShopFromParadise |
| 208 | SpiritedHeartArt |
| 209 | TheMineralistUSA |
| 211 | WyldewoodCrystals |

Dated: November 20, 2025

Respectfully submitted

By: /s/ *Huicheng Zhou*
Huicheng Zhou, Esq
Bar No. 350005
Phone: (909) 284-1929
One Park Plaza, #600
Irvine, CA 92614
Huicheng.zhou@aliothlaw.com
*Attorney for Plaintiff*