# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

VANCUU SUPER INC., et al.

                                        Plaintiff,

v.                                                                                          Case No.: 1:25−cv−09926

                                                                                         Honorable Andrea R. Wood

The Defendants Identified on Schedule "A", et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 21, 2025:

      MINUTE entry before the Honorable Andrea R. Wood: Telephonic show cause hearing held on 11/21/2025. Plaintiff's counsel appeared. For the reasons stated on the record, the Temporary Restraining Order dated 10/17/2025 [15] is dissolved in its entirety as to all Defendants. Plaintiff's counsel shall immediately provide a copy of this order to any third parties, including online marketplace platforms, that received notice of the entry of the Temporary Restraining Order and shall inform such third parties that the restraints in the Temporary Restraining Order have been rescinded as to all Defendants. The online marketplace platforms shall effectuate the release of restraints on the accounts of all Defendants within two (2) business days of receipt of the Court's order. Plaintiff's counsel is directed to preserve and retain all discovery material in connection with this matter, including information obtained from parties and third parties. This obligation extends to communication regarding discovery, including transmittal emails. Defendants' oral request for turnover of the expedited ex parte discovery obtained by Plaintiff is taken under advisement. By 5:00pm (cst) on 11/24/2025, Plaintiff shall file a status report setting forth: (1) a list of all Defendants that remain in the case (i.e., that have not been voluntarily dismissed), (2) for each of those Defendants, confirmation as to whether the Defendant has been served, including the email addresses used for service, and (3) a list of all Defendants that have been dismissed. As confirmed on the record, all Defendants dismissed pursuant to Plaintiff's notices of voluntary dismissal through the date of this status hearing are dismissed with prejudice. Plaintiff's motion for entry of preliminary injunction [26] is denied without prejudice. Telephonic status hearing set for 12/5/2025 at 11:00 AM. The call−in number is (650) 479−3207 and the access code is 1808131170. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.