# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| VANCUU SUPER INC.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE DEFENDANT IDENTIFIED ON SCHEDULE "A",<br><br>　　　　Defendant. | Case No. 25-cv-9926 |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff hereby voluntarily dismisses this action as to the following Defendants with prejudice:

| Number | Defendant Name |
|---|---|
| 75 | Mobaopavilion2 |
| 83 | ruilicrystal |
| 84 | ruili-crystal |
| 85 | ruixuancrystal |
| 145 | EnchantedQuest |
| 167 | meteorlegends |
| 179 | PerleArtStudio |
| 199 | Zuligem |
| 206 | naturesartusadesigns |
| 209 | themineralistusa |

Dated: November 24, 2025

Respectfully submitted

By: /s/ <u>Huicheng Zhou</u>
Huicheng Zhou, Esq
Bar No. 350005
Phone: (909) 284-1929
One Park Plaza, #600
Irvine, CA 92614
Huicheng.zhou@aliothlaw.com
*Attorney for Plaintiff*