IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VANCUU SUPER INC., <br><br> Plaintiff, <br><br> v. <br><br> THE DEFENDANT IDENTIFIED ON SCHEDULE "A", <br><br> Defendant. | Case No. 25-cv-9926 |

**STATUS REPORT**

VANCUU SUPER INC. ("Plaintiff"), through its counsel, hereby submits this Status Report pursuant to this Court's instructions on November 21 [66].

**(1) Defendants remain in the case**

The Defendants currently remain in the case are listed below.

| No. | Platform | Store Name |
|---|---|---|
| 1 | Amazon | CHG STORE |
| 2 | Amazon | Chinotowa |
| 3 | Amazon | CTHH-SM |
| 5 | Amazon | ERICK HAN |
| 7 | Amazon | HLiQu STORE |
| 10 | Amazon | JIN QIU |
| 12 | Amazon | kabirgems |
| 13 | Amazon | LevillT |
| 14 | Amazon | LKBEADS |
| 16 | Amazon | Malahill |
| 17 | Amazon | MYLESTORE |
| 18 | Amazon | Nambwedersiu |
| 21 | Amazon | QERERTATEI |
| 22 | Amazon | QHamz |
| 23 | Amazon | QUARTZREIKI |
| 24 | Amazon | uyenk |
| 26 | Amazon | WORLD WIDE GEMS |

1

| 27 | Amazon | XUANNINH STORE |
|---|---|---|
| 29 | Amazon | Yippee Home |
| 30 | Amazon | GUO HUA |
| 31 | Amazon | chuny |
| 33 | Amazon | Yunchuxiu |
| 34 | Amazon | ZHIBO2 |
| 35 | Walmart | AHANDMAKER |
| 36 | Walmart | FINGERINSPIRE |
| 37 | Walmart | GORGECRAFT |
| 38 | Walmart | INFUNLY |
| 39 | Walmart | MAYJOYDIY |
| 40 | Walmart | ORIGACH |
| 41 | Walmart | PH PandaHall |
| 42 | Walmart | SFTD |
| 43 | Walmart | Shengyitiansen Jewelry Shop |
| 44 | Walmart | SUPERFINDINGS |
| 45 | Walmart | UNICRAFTALE |
| 46 | TEMU | Jewelry Beads For Diy |
| 47 | TEMU | Jewelry Findings US |
| 48 | TEMU | ChristenLu Local |
| 52 | eBay | angelaroxan_0 |
| 53 | eBay | angeldelight226 |
| 56 | eBay | bearbearera2016 |
| 58 | eBay | c1809148 |
| 62 | eBay | fannywang2010 |
| 63 | eBay | gift_luckily |
| 65 | eBay | grain-buds |
| 66 | eBay | hang3730 |
| 67 | eBay | HAPPY SHOPPING |
| 68 | eBay | high-crystal |
| 69 | eBay | Jade201016 |
| 70 | eBay | jade2010166 |
| 73 | eBay | jianjun_plusseller |
| 74 | eBay | mineralsman |
| 78 | eBay | natural jade crystal |
| 80 | eBay | penglixiang2018 |
| 86 | eBay | Shellyforever |
| 90 | eBay | straps_master |
| 93 | eBay | vachana |
| 96 | eBay | wabb2086 |
| 97 | eBay | xiangchengsijing |
| 98 | eBay | XiXingGemsShop |
| 100 | eBay | nicogri_73 |
| 102 | eBay | sterling2004ferretn6f3 |
| 103 | eBay | SummerDreams |

| 118 | Etsy | AMZBeadsCrafts |
|---|---|---|
| 122 | Etsy | AttapholSuwannarat |
| 127 | Etsy | BeadssupplierStore |
| 129 | Etsy | BellaGardenCrystals |
| 134 | Etsy | CocoLoveCrystal |
| 136 | Etsy | Crazystonehouse |
| 139 | Etsy | CrystalMoment |
| 147 | Etsy | FlosTreasureBox |
| 149 | Etsy | InnSun |
| 151 | Etsy | KarmaCalm |
| 156 | Etsy | LaLunaPearls |
| 160 | Etsy | LGCJewelry |
| 166 | Etsy | meetbeads |
| 171 | Etsy | MyGemHouse |
| 175 | Etsy | Nextjewelry |
| 181 | Etsy | RainbowBeadSupply |
| 183 | Etsy | RosyMothCrystals |
| 185 | Etsy | SetomaStudio |
| 187 | Etsy | SLPrecious |
| 189 | Etsy | TingMadeStudio |
| 192 | Etsy | VansTreasureBox |
| 194 | Etsy | VirgoLoveCrystal |
| 195 | Etsy | warmbeads |
| 198 | Etsy | ZenafCollective |
| 212 | DHgate | yizhan03 |
| 213 | DHgate | homepro17 |
| 214 | DHgate | zuo05 |

**(2) Service of process for Defendans remained**

The Defendants remain were served at November 7, 2025 with the email addresses below. The email addresses were provided by relevant platforms.

| No. | Platform | Store Name | Email Address |
|---|---|---|---|
| 1 | Amazon | CHG STORE | minhhuanvp90@gmail.com |
| 2 | Amazon | Chinotowa | hungquy1788@gmail.com |
| 3 | Amazon | CTHH-SM | sjlsjdcdc2855@163.com |
| 5 | Amazon | ERICK HAN | hvhan365@gmail.com |
| 7 | Amazon | HLiQu STORE | huydz2008@gmail.com |
| 10 | Amazon | JIN QIU | 15808965600@163.com |
| 12 | Amazon | kabirgems | kabirgemsus@gmail.com |
| 13 | Amazon | LevillT | amzthinh@gmail.com |
| 14 | Amazon | LKBEADS | lovekushimpexom@gmail.com |

| 16 | Amazon | Malahill | sale@spjewelry.cn |
|---|---|---|---|
| 17 | Amazon | MYLESTORE | lenguyen.amz88@gmail.com |
| 18 | Amazon | Nambwedersiu | amznambop@gmail.com |
| 21 | Amazon | QERERTATEI | ffe2021105@gmail.com |
| 22 | Amazon | QHamz | maquynhamz@gmail.com |
| 23 | Amazon | QUARTZREIKI | 16846585@qq.com |
| 24 | Amazon | uyenk | uyenkamz@gmail.com |
| 26 | Amazon | WORLD WIDE GEMS | preciousgemsbeads@gmail.com |
| 27 | Amazon | XUANNINH STORE | tranxuanninhnova@gmail.com |
| 29 | Amazon | Yippee Home | yippeepot@hotmail.com |
| 30 | Amazon | GUO HUA | guohuajinju2@163.com |
| 31 | Amazon | chuny | chuny168@126.com |
| 33 | Amazon | Yunchuxiu | y253623@163.com |
| 34 | Amazon | ZHIBO2 | jiayunhao1986@163.com |
| 35 | Walmart | AHANDMAKER | ruixue202404@126.com |
| 36 | Walmart | FINGERINSPIRE | yiyu0616wrm@163.com |
| 37 | Walmart | GORGECRAFT | jiaxu0423@126.com |
| 38 | Walmart | INFUNLY | niujian0723@126.com |
| 39 | Walmart | MAYJOYDIY | qingchunbai27@163.com |
| 40 | Walmart | ORIGACH | senshuo2024@126.com |
| 41 | Walmart | PH PandaHall | yizhou2024@126.com |
| 42 | Walmart | SFTD | sftd2209wrm@163.com |
| 43 | Walmart | Shengyitiansen Jewelry Shop | gjiovshdf132@163.com |
| 44 | Walmart | SUPERFINDINGS | peiyang202404@163.com |
| 45 | Walmart | UNICRAFTALE | ebs0908wem@163.com |
| 46 | TEMU | Jewelry Beads For Diy | cony8023@hotmail.com |
| 47 | TEMU | Jewelry Findings US | 207312828@qq.com |
| 48 | TEMU | ChristenLu Local | yuyiyifashion@foxmail.com |
| 52 | eBay | angelaroxan_0 | glitter_angie@yahoo.com |
| 53 | eBay | angeldelight226 | charley-marie92@live.co.uk |
| 56 | eBay | bearbearera2016 | adela@livemail.tw |
| 58 | eBay | c1809148 | c18091701825@163.com |
| 62 | eBay | fannywang2010 | wang1314520@hotmail.com |
| 63 | eBay | gift_luckily | huangkehua2016@163.com |
| 65 | eBay | grain-buds | 18584852361@163.com |
| 66 | eBay | hang3730 | linsha_crystal@163.com |
| 67 | eBay | HAPPY SHOPPING | sandy_h2015@sina.com |
| 68 | eBay | high-crystal | 18761321195@163.com |
| 69 | eBay | Jade201016 | 2062382703@qq.com |
| 70 | eBay | jade2010166 | 2062382703@qq.com |
| 73 | eBay | jianjun_plusseller | wangyuan2023xxx@163.com |
| 74 | eBay | mineralsman | wdf666888@126.com |
| 78 | eBay | natural jade crystal | xiansh60868@163.com |
| 80 | eBay | penglixiang2018 | zhouqimei1966@163.com |

| 86 | eBay | Shellyforever | snowyxixi@gmail.com |
|---|---|---|---|
| 90 | eBay | straps_master | strapsmaster@gmail.com |
| 93 | eBay | vachana | vachana.shop@gmail.com |
| 96 | eBay | wabb2086 | 576673724@qq.com |
| 97 | eBay | xiangchengsijing | 18261396850@163.com |
| 98 | eBay | XiXingGemsShop | dajun.li.work@outlook.com |
| 100 | eBay | nicogri_73 | amzbeads@yahoo.com |
| 102 | eBay | sterling2004ferretn6f3 | michelleannchambers@outlook.com |
| 103 | eBay | SummerDreams | inorain@yahoo.com.sg |
| 118 | Etsy | AMZBeadsCrafts | amzbeads@yahoo.com |
| 122 | Etsy | AttapholSuwannarat | attapholsuwannarat23@gmail.com |
| 127 | Etsy | BeadssupplierStore | JasonLiang111@yahoo.com |
| 129 | Etsy | BellaGardenCrystals | itsabellagarden@gmail.com |
| 134 | Etsy | CocoLoveCrystal | cocolove521@gmail.com |
| 136 | Etsy | Crazystonehouse | Janelee_1210@hotmail.com |
| 139 | Etsy | CrystalMoment | crystalmoment.shop@gmail.com |
| 147 | Etsy | FlosTreasureBox | florenceocwang18@yahoo.com.hk |
| 149 | Etsy | InnSun | dilekakman_cimentepe@yahoo.com |
| 151 | Etsy | KarmaCalm | karmacalm@outlook.com |
| 156 | Etsy | LaLunaPearls | vdolife0709@gmail.com |
| 160 | Etsy | LGCJewelry | xhj-l@outlook.com |
| 166 | Etsy | meetbeads | helib_yang1994@outlook.com; libin1994_yang@yahoo.com |
| 171 | Etsy | MyGemHouse | ohcarlycart@outlook.com |
| 175 | Etsy | Nextjewelry | spring_he1990@outlook.com; spring_he@yahoo.com |
| 181 | Etsy | RainbowBeadSupply | rainbowbeadingsupply@outlook.com |
| 183 | Etsy | RosyMothCrystals | amber.lynk@hotmail.com; ambers.expressions@hotmail.com; rosymothcrystals@outlook.com |
| 185 | Etsy | SetomaStudio | rosemaomao@outlook.com; wbccytq@163.com |
| 187 | Etsy | SLPrecious | scarletlashes@gmail.com; cfl4039@hotmail.com |
| 189 | Etsy | TingMadeStudio | meowerdo@gmail.com; ringoya@kimo.com; |
| 192 | Etsy | VansTreasureBox | vanessachen1999@hotmail.com |
| 194 | Etsy | VirgoLoveCrystal | 1194485558@qq.com; huibo7217@outlook.com |
| 195 | Etsy | warmbeads | jojo_zhang9223@hotmail.com; zoe_zzzhang@outlook.com |
| 198 | Etsy | ZenafCollective | evangelinemos@gmail.com |
| 212 | DHgate | yizhan03 | shen840116@163.com |
| 213 | DHgate | homepro17 | sophiexie@babyonlinedress.cn |
| 214 | DHgate | zuo05 | dhguo01@163.com |

5

**(3) Defendants dismissed already**

The Defendants dismissed are listed below.

| No. | Platform | Store Name |
|---|---|---|
| 4 | Amazon | DfcaiYQg |
| 6 | Amazon | gonghangchengdeshishangmaohang |
| 8 | Amazon | JABH |
| 9 | Amazon | jiashengduji |
| 11 | Amazon | JM Design |
| 15 | Amazon | LotonDecor |
| 19 | Amazon | oiqiqo1 |
| 20 | Amazon | Penghuic |
| 25 | Amazon | WjuBxguo |
| 28 | Amazon | YANXIBAIHUO |
| 32 | Amazon | SmileFun |
| 49 | TEMU | Ziquexsite |
| 50 | eBay | 1selleverything |
| 51 | eBay | abundantsoulcrystals |
| 54 | eBay | aprilbird222 |
| 55 | eBay | aya811 |
| 57 | eBay | Bella-Gems |
| 59 | eBay | CRCBEADS |
| 60 | eBay | crystal-shuyu |
| 61 | eBay | dawgy33 |
| 64 | eBay | GiftsMore |
| 71 | eBay | janezhen |
| 72 | eBay | Jewelry of China |
| 75 | eBay | Mobaopavilion2 |
| 76 | eBay | musedesignerstudio |
| 77 | eBay | Nado's Little Crystal Shop |
| 79 | eBay | ortansia95 |
| 81 | eBay | phatboy_xvii |
| 82 | eBay | Reiko Crystal Beads |
| 83 | eBay | ruilicrystal |
| 84 | eBay | ruili-crystal |
| 85 | eBay | ruixuancrystal |
| 87 | eBay | smsherla33 |
| 88 | eBay | Sonlarid393 |
| 89 | eBay | Stonelover |
| 91 | eBay | teapot-pay1 |
| 92 | eBay | TheiaNaturalJewelry |
| 94 | eBay | valorah45 |
| 95 | eBay | vandoria_village |
| 99 | eBay | yiyayiya555 |

| | | |
|---|---|---|
| 101 | eBay | healingmooncrystal |
| 104 | TikTok | Abundant Soul Crystals |
| 105 | TikTok | Crystals, coffee & Curse Words |
| 106 | TikTok | Embellished Glitz Shop |
| 107 | TikTok | Fleur de Cristal |
| 108 | TikTok | Luckycharm Boutigue |
| 109 | TikTok | Princess-crystals |
| 110 | TikTok | Radiant Lotus Creations LLC |
| 111 | TikTok | YooBi Jewelry |
| 112 | TikTok | Good Vibes by Missy |
| 113 | TikTok | Sanat Jewellery |
| 114 | TikTok | Voski By Vana |
| 115 | TikTok | wholesaler crystalshop |
| 116 | Etsy | AbundantSoulCrystals |
| 117 | Etsy | Amyfashionsupplies |
| 119 | Etsy | AngelsMeStudio |
| 120 | Etsy | Annieslittlethings |
| 121 | Etsy | ArcaneArmoryRelics |
| 123 | Etsy | AuraCelesteJewellery |
| 124 | Etsy | AwakeningsStore |
| 125 | Etsy | BeadedBabePGH |
| 126 | Etsy | BeadliciousBeads |
| 128 | Etsy | BellaBeadsandGems |
| 130 | Etsy | BellaTerraCollection |
| 131 | Etsy | BohoBeadedArtisan |
| 132 | Etsy | BoutiqueOrientalSG |
| 133 | Etsy | CharnaeCrystals |
| 135 | Etsy | CosmicCrystillary |
| 137 | Etsy | CrcbeadsShop |
| 138 | Etsy | CrystalCaveCo |
| 140 | Etsy | CrystalsandSilverCo |
| 141 | Etsy | CrystalsGemsMinerals |
| 142 | Etsy | CWTC333 |
| 143 | Etsy | ElevenmanByBI |
| 144 | Etsy | ellaestheticshop |
| 145 | Etsy | EnchantedQuest |
| 146 | Etsy | FirenzeByDajay |
| 148 | Etsy | ForestFindingsbyV |
| 150 | Etsy | KanelasStore |
| 152 | Etsy | KarmaJewellers |
| 153 | Etsy | KikuCrystals |
| 154 | Etsy | kyshopcrystal |
| 155 | Etsy | LadyFlossyTCreations |
| 157 | Etsy | LavenderLuminosity |
| 158 | Etsy | LavenderSageHealing |

| | | |
|---|---|---|
| 159 | Etsy | Leyagem |
| 161 | Etsy | LittleAgate |
| 162 | Etsy | LoveStonesCrystals |
| 163 | Etsy | lunacrystalcandleco |
| 164 | Etsy | LunaKaiCrystals |
| 165 | Etsy | MandyZDesigns |
| 167 | Etsy | meteorlegends |
| 168 | Etsy | Michellejadeandgem |
| 169 | Etsy | MOMOKByMo |
| 170 | Etsy | MyCrystalRoomNY |
| 172 | Etsy | MyrtleNaturalHall |
| 173 | Etsy | NayaCrystalCrafts |
| 174 | Etsy | NewLifeJewelryVault |
| 176 | Etsy | NirVivCrystals |
| 177 | Etsy | oatandclover |
| 178 | Etsy | PanditaStudio |
| 179 | Etsy | PerleArtStudio |
| 180 | Etsy | PJhealingcrystals |
| 182 | Etsy | Rocknrollcrystalco |
| 184 | Etsy | SerotoninCrystals |
| 186 | Etsy | SilverWolfeJewelry |
| 188 | Etsy | StonelryBrand |
| 190 | Etsy | Ulloacreations |
| 191 | Etsy | UpHighJewelry |
| 193 | Etsy | vcrystalgems |
| 196 | Etsy | wishesandcrystals |
| 197 | Etsy | YinJade |
| 199 | Etsy | zuligem |
| 200 | Etsy | CelestialTroveCo |
| 201 | Etsy | CrystalDestinyMeet |
| 202 | Etsy | CrystalsRxBoutique |
| 203 | Etsy | CSquaredStudioUS |
| 204 | Etsy | gemnicrystals |
| 205 | Etsy | MithiGems |
| 206 | Etsy | NaturesArtUSADesigns |
| 207 | Etsy | ShopFromParadise |
| 208 | Etsy | SpiritedHeartArt |
| 209 | Etsy | TheMineralistUSA |
| 210 | Etsy | wishuponcrystalsllc |
| 211 | Etsy | WyldewoodCrystals |

Dated November 24, 2025.

        Respectfully submitted
By: /s/ *Huicheng Zhou*
Bar No. 350005
Phone: 909-284-1929
2108 N ST STE #8330
Sacramento, CA 95816
Huicheng.zhou@aliothlaw.com
*Attorney for Plaintiff*