**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| VANCUU SUPER INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE DEFENDANT IDENTIFIED ON SCHEDULE "A",<br><br>Defendant. | Case No. 25-cv-9926 |

**NOTICE OF DISMISSAL UNDER RULE 41(a)(1)**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff hereby voluntarily dismisses this action as to the following Defendants with prejudice:

| Number | Defendant Name |
|---|---|
| 35 | AHANDMAKER |
| 36 | FINGERINSPIRE |
| 37 | GORGECRAFT |
| 38 | INFUNLY |
| 39 | MAYJOYDIY |
| 40 | ORIGACH |
| 41 | PH PandaHall |
| 42 | SFTD |
| 43 | Shengyitiansen Jewelry Shop |
| 44 | SUPERFINDINGS |
| 45 | UNICRAFTALE |
| 66 | hang3730 |
| 74 | mineralsman |
| 139 | CrystalMoment |

Dated: December 1, 2025

Respectfully submitted

By: /s/ <u>Huicheng Zhou</u>
Huicheng Zhou, Esq
Bar No. 350005
Phone: (909) 284-1929
One Park Plaza, #600
Irvine, CA 92614
Huicheng.zhou@aliothlaw.com
*Attorney for Plaintiff*