**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| VANCUU SUPER INC., | Case No. 25-cv-9926 |
| Plaintiff, | |
| v. | |
| THE DEFENDANT IDENTIFIED ON SCHEDULE "A", | |
| Defendant. | |

**NOTICE OF DISMISSAL UNDER RULE 41(a)(1)**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff hereby

voluntarily dismisses this action as to the following Defendants with prejudice:

| Number | Defendant Name |
|---|---|
| 69 | jade201016 |

Dated: April 1, 2026

Respectfully submitted

By: /s/ *Huicheng Zhou*
Huicheng Zhou, Esq
Bar No. 350005
Phone: (909) 284-1929
One Park Plaza, #600
Irvine, CA 92614
Huicheng.zhou@aliothlaw.com
*Attorney for Plaintiff*